IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LOUIS FRANCIS,

        Plaintiff,                    No. CIV S-09-0262 GEB GGH P

    vs.

JAMES TILTON, et al.,

        Defendants.             ORDER

_____/

        Plaintiff is a prisoner who is proceeding pro se and in forma pauperis. Plaintiff seeks relief pursuant to 42 U.S.C. § 1983.

        On May 11, 2009, the court ordered the United States Marshal to serve the complaint on defendants. Process directed to defendant Weeks was returned unserved because "never employed at High Desert State Prison." Plaintiff must provide additional information to serve these defendants. Plaintiff shall promptly seek such information through discovery, the California Public Records Act, Calif. Gov't. Code § 6250, et seq., or other means available to plaintiff. If access to the required information is denied or unreasonably delayed, plaintiff may seek judicial intervention.

/////

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to send to plaintiff one USM-285 form, along with an instruction sheet and a copy of the complaint filed January 29, 2009;

2. Within sixty days from the date of this order, plaintiff shall complete and submit the attached Notice of Submission of Documents to the court, with the following documents:

    a. One completed USM-285 form for defendant Weeks;

    b. Two copies of the endorsed complaint filed January 29, 2009; and

    c. One completed summons form (if not previously provided)

or show good cause why he cannot provide such information.

DATED: October 20, 2009

    /s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:mp
fran0262.8e

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LOUIS FRANCIS,

    Plaintiff,                                 No. CIV S-09-0262 GEB GGH P

    vs.

JAMES TILTON, et al.,                 <u>NOTICE OF SUBMISSION</u>

    Defendants.                 <u>OF DOCUMENTS</u>

_____/

        Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

        _____    completed summons form

        __1__    completed USM-285 forms

        __2__    copies of the __January 29, 2009__ Complaint

DATED:

                                                      _____

                                                      Plaintiff