IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LOUIS FRANCIS,

        Plaintiff,                      No. CIV S-09-0262 GEB GGH P

    vs.

JAMES TILTON, et al.,

        Defendants.            ORDER

_____/

        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On December 16, 2009, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty-one days. Plaintiff has filed objections to the findings and recommendations.

        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed December 16, 2009, are adopted in full;

2. Defendants' motions to revoke plaintiff's in forma pauperis status (no. 14 and 22) are granted; plaintiff is ordered to pay the filing fee within twenty-eight days; and

3. Plaintiff's motion for injunctive relief (no. 15) is denied.[1]

Dated: January 21, 2010

GARLAND E. BURRELL, JR.
United States District Judge

---

[1] The court will defer any ruling on plaintiff's motion for judicial intervention with respect to obtaining an address for the unserved defendant Weeks (no. 29) until the matter of the filing fee payment is resolved, if appropriate.